**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| **IN THE MATTER OF CERTAIN** | § |
| **IMMIGRATION HABEAS CASES** | § |
| **ASSIGNED TO U.S. DISTRICT JUDGE** | § |
| **XAVIER RODRIGUEZ** | § |

## <u>SHOW CAUSE ORDER</u>

On this date, the Court considered the status of the immigration habeas cases attached to this order as Appendix A.  Petitioners in these cases challenge their detention by immigration authorities.  The Government recently submitted an advisory to the Court, indicating that the Petitioners in these cases have received a bond hearing.

This Court has ordered the release of numerous Petitioners from immigration detention on the basis that they were detained without a bond hearing despite having a substantial presence in the United States, in violation of the Due Process Clause.[1]  Because Petitioners in the cases listed in Appendix A have received bond hearings, their cases are materially different from the cases in which the Court has previously ordered release.

In light of this difference, Petitioner in each of these cases is **ORDERED** to **SHOW CAUSE** why their Petition should not be dismissed.  **Petitioners who received a bond hearing after their Petition was filed** must explain why their subsequent bond hearing did not render their Petition moot.  **Petitioners who explicitly challenged the outcome of their bond hearing in their original petition** must explain (1) why this Court has jurisdiction, in light of the Immigration and Nationality Act's jurisdiction-stripping provisions, *see, e.g.*, 8 U.S.C. § 1226(e), and (2) why

---

[1] *See, e.g.*, *Valencia Reyes v. Noem*, No. SA-25-CV-1921-XR, 2026 WL 981034 (W.D. Tex. Feb. 25, 2026); *Gonzalez Carrillo v. Bondi*, No. SA-26-CV-778-XR, 2026 WL 981037 (W.D. Tex. Feb. 26, 2026).

their bond hearing was constitutionally deficient.  Petitioners must respond to this Order **on or before August 17, 2026.**

It is so **ORDERED**.

**SIGNED** this 17th day of July, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

**APPENDIX A**

1. 5:25-cv-01774-XR Barreto-Santamaria v. Field Office Director et al
2. 5:26-cv-00396-XR Garcia-Delgado v. Thompson
3. 5:26-cv-00597-XR Galvez Castillo v. Bondi et al
4. 5:26-cv-00602-XR CEBALLOS HERNANDEZ v. Bondi et al
5. 5:26-cv-01020-XR DA SILVA-DAVANCO v. VERGARA-LOPEZ et al
6. 5:26-cv-01224-XR Guerrero Orrala v. Warden, South Texas Processing Center et al
7. 5:26-cv-01230-XR Elien v. Thompson et al
8. 5:26-cv-01235-XR CHOKORAIA v. NOEM et al
9. 5:26-cv-01285-XR Sigala Ramirez v. Mayorkas et al
10. 5:26-cv-01347-XR GUERRA ALFARO v. Thompson et al
11. 5:26-cv-01456-XR Marroquin Castaneda v. DHS et al
12. 5:26-cv-01502-XR Tress Zanatta v. Warden, South Texas Detention Complex
13. 5:26-cv-01510-XR Garcia Miranda v. Vergara et al
14. 5:26-cv-01513-XR Tavares v. VERGARA et al
15. 5:26-cv-01835-XR Diaz-Soriano v. Karnes County Immigration Processing Center et al
16. 5:26-cv-01983-XR Diallo v. U.S Department of Homeland Security et al
17. 5:26-cv-01993-XR Turcke Vera v. Mayorkas et al
18. 5:26-cv-02117-XR Majipo-Pacaya v. BONDI et al
19. 5:26-cv-02231-XR Akbulut v. Warden, Karnes County Immigration Processing Center, et al
20. 5:26-cv-02352-XR Orellana Guzman v. Blanche et al
21. 5:26-cv-02611-XR Blake-Garcia v. U.S. Department of Justice et al
22. 5:26-cv-03034-XR Renteria Torres v. United States Attorney, Western District of Texas et al
23. 5:26-cv-03066-XR Tahmasebi v. Mullin, et al
24. 5:26-cv-03246-XR Garcia Aguilar v. Vergara et al
25. 5:26-cv-03323-XR Pal v. Warden of the Karnes County Immigration Processing Center et al
26. 5:26-cv-03477-XR Pavon-Torres v. Warden, South Texas Immigration Processing Center et al
27. 5:26-cv-03486-XR Palacio v. Blanche et al
28. 5:26-cv-03531-XR Perez-De Paz v. Vergara et al

29. 5:26-cv-03561-XR Amin v. U.S. Department of Homeland Security et al

30. 5:26-cv-03574-XR Abdyldaev v. Thompson et al

31. 5:26-cv-03614-XR PADRON-LOPEZ v. Mullin et al

32. 5:26-cv-03724-XR Cabrera-Hernandez v. Thompson et al

33. 5:26-cv-03790-XR Cordero v. Lyons et al

34. 5:26-cv-03829-XR Saavedra Torres v. Lyons et al

35. 5:26-cv-04126-XR Sotelo Soto v. Warden, et al.

36. 5:26-cv-04230-XR HERNANDEZ HERNANDEZ v. Thompson et al

37. 5:26-cv-04344-XR, Ibarra Zamora v. Vergara et al